UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VIRGIL L. SMITH                                                    CIVIL ACTION

VERSUS                                                             NO. 12-2226

N. BURL CAIN, WARDEN                                               SECTION "F"(2)

J U D G M E N T

The court having approved the Report and Recommendation of the United States

Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor

of respondent, Warden N. Burl Cain, and against petitioner, Virgil L. Smith, dismissing

Smith's petition for issuance of writ of habeas corpus under 28 U.S.C. § 2254 without

prejudice for failure to exhaust state court remedies.

New Orleans, Louisiana, this __28th__ day of _____March_____, 2013.

_____
UNITED STATES DISTRICT JUDGE